UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JULIO CESAR LOPEZ PENA, | : | 1:05 Cr. 00191 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On September 08, 2020, defendant Julio Cesar Lopez Pena, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Dkt. No. 132. It is hereby ORDERED as follows:

(1) The Government shall respond to the motion by Monday, September 29, 2020; and

(2) If Mr. Pena wishes to submit reply papers, he shall do so by Monday, October 13, 2020.

The Clerk of Court is directed to mail a copy of this Order to defendant Julio Cesar Lopez Pena at the address listed below as well as to the Government.

SO ORDERED.

Dated:   New York, New York
         September 15, 2020

       /s/ Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation

To:    Julio Cesar Lopez Pena
53076-053
PO Box 2000
White Deer, PA  17887

David Zhou, Esq.
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, NY  10007