UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JULIO CESAR LOPEZ PENA, | : | 1:05 Cr. 00191 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On September 08, 2020, defendant Julio Cesar Lopez Pena, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Dkt. No. 132. The Government requested an extension to respond to the motion, which was granted, and filed a response on October 01, 2020.

It is hereby ORDERED as follows:

If Mr. Pena wishes to submit reply papers, he shall do so by Monday, November 02, 2020.

The Clerk of Court is directed to mail a copy of this Order to defendant Julio Cesar Lopez Pena at the address listed below as well as to the Government.

SO ORDERED.

Dated:    New York, New York
         October 16, 2020

                                       /s/ Denny Chin
                                       DENNY CHIN
                                       United States Circuit Judge
                                       Sitting by Designation

To:   Julio Cesar Lopez Pena
      53076-053
      PO Box 2000
      White Deer, PA  17887

      Sarah Kushner, Esq.
      United States Attorney's Office
      Southern District of New York
      1 St. Andrew's Plaza
      New York, NY  10007