UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JULIO CESAR LOPEZ PENA, | : | 1:05 Cr. 00191 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On September 08, 2020, defendant Julio Cesar Lopez Pena, proceeding *pro se*, moved for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018.  Dkt. No. 132.  The Government responded to the motion on October 16, 2020, after receiving an extension.  Dkt. No. 137.  Mr. Pena was given until November 02, 2020 to reply to the Government.  Dkt. No. 138.  He now seeks an extension of time to file his reply and a copy of the Government's response to his motion.  Dkt. No. 139.

It is hereby ORDERED as follows:

If Mr. Pena wishes to submit reply papers, he shall do so by Monday, November 18, 2020.

The Government is directed to mail to Mr. Pena a copy of its response to Mr. Pena's motion.

The Clerk of Court is directed to mail a copy of this Order to defendant Julio Cesar Lopez Pena at the address listed below as well as to the Government.

SO ORDERED.

Dated:    New York, New York
          October 22, 2020

          /s/ Denny Chin

DENNY CHIN
United States Circuit Judge
Sitting by Designation

To:  Julio Cesar Lopez Pena
     53076-053
     PO Box 2000
     White Deer, PA  17887

     Sarah Kushner, Esq.
     United States Attorney's Office
     Southern District of New York
     1 St. Andrew's Plaza
     New York, NY  10007