```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :
                                           ORDER
        - against -                :
                                           05 Cr. 00191-1(DC)
JULIO CESAR LOPEZ PENA,            :

                Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge:**

It is hereby ORDERED that Julio Cesar Lopez Pena's motion for leave to appeal in forma pauperis is GRANTED.

SO ORDERED.

Dated:   New York, New York
         April 2, 2021

                                   s/Denny Chin
                                   DENNY CHIN
                                   United States Circuit Judge
                                   Sitting By Designation